Jeffrey M. Feldman (Alaska Bar No. 7605029)
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone: (907) 272-3538
Facsimile: (907) 274-0819
feldman@frozenlaw.com

Attorneys for Defendants David C. Allen; Lord John Browne; John H. Bryan; John G.S. Buchanan; Anthony Burgmans; William M. Castell; Rodney F. Chase; Iain C. Conn; Erroll B. Davis, Jr.; Debra A. Dowling; Douglas J. Flint; William Douglas Ford; Alastair M. Graham; Byron E. Grote; Anthony B. Hayward; Deanne S. Julius; Charles F. Knight; Floris A. Maljers; Robert A. Malone; Neil R. McCleary; Thomas F.W. McKillop; John A. Manzoni; Stephen Marshall; Walter E. Massey; H. Michael P. Miles; Robin B. Nicholson; Richard L. Olver; Chris J. Phillips; Ross J. Pillari; Daniel B. Pinkert; Debra A. Plumb; Stanley P. Presley; Ian M.G. Prosser; Ian Springett; Peter D. Sutherland; and Michael H. Wilson; and Nominal Defendants BP p.l.c., BP America Inc.; BP Oil Co. Inc.; and BP Exploration (Alaska) Inc.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITE HERE NATIONAL RETIREMENT FUND, LONDON PENSIONS FUND AUTHORITY, and JEFFREY PICKETT, Derivatively On Behalf of BP p.l.c., BP AMERICA INC., BP OIL CO. INC. and BP EXPLORATION (ALASKA) INC., <br><br>Plaintiffs, <br><br>vs. <br><br>THE LORD JOHN BROWNE OF MADINGLEY, IAN M.G. PROSSER, PETER D. SUTHERLAND, BYRON E. GROTE, ANTHONY B. HAYWARD, JOHN A. MANZONI, DAVID C. ALLEN, IAIN C. CONN, JOHN H. BRYAN, ERROLL B. DAVIS, JR., WALTER E. MASSEY, H. MICHAEL P. MILES, MICHAEL H. WILSON, DEANNE S. JULIUS, THOMAS F.W. McKILLOP, ANTONY BURGMANS, DOUGLAS J. FLINT, WILLIAM M. | Case No. 3:06-cv-00239 RRB <br><br> [~~PROPOSED~~] <br> **ORDER EXTENDING** <br> **TIME TO FILE ANSWER** <br> **OR RESPONSIVE** <br> **PLEADING** |

[Caption continued on following page.]

*Unite Here National Retirement Fund, et al v. Browne, et al*  Case No.3:06-cv-00239 RRB
[Proposed] Order Granting Extension of Time to File Answer or Responsive Pleading  Page 1 of 2

CASTELL, ROBERT A. MALONE, ROSS J. )
PILLARI, STEPHEN MARSHALL, DEBRA A. )
PLUMB, DEBRA A. DOWLING, IAN SPRINGETT, )
DANIEL B. PINKERT, NEIL R. McCLEARY, )
PAULA J. CLAYTON, ALASTAIR M. GRAHAM, )
CHRIS J. PHILLIPS, STANLEY P. PRESLEY, )
ROBIN B. NICHOLSON, CHARLES F. KNIGHT, )
FLORIS A. MALJERS, RICHARD L. OLVER, )
RODNEY F. CHASE, JOHN G.S. BUCHANAN, )
RICHARD C. WOOLLAM and WILLIAM )
DOUGLAS FORD, )
                                                )
                    Defendants.                 )
                                                )
        -and-                                   )
                                                )
BP p.l.c., BP AMERICA INC., BP OIL CO. INC. )
and BP EXPLORATION (ALASKA) INC., )
                                                )
                    Nominal Defendants.         )
_____)

## [PROPOSED] ORDER GRANTING EXTENSION OF TIME TO FILE ANSWER OR RESPONSIVE PLEADING

The Court accepts the stipulation of the parties through their counsel, and pursuant to the stipulation it is ordered that the defendants' answers or other pleadings filed in response to the plaintiffs' complaint shall be due not later than 45 days after the court rules on the plaintiffs' motion to remand this matter to state court.

ENTERED this **31** day of **October**, 2006.

/s/ RRB
_____
RALPH R. BEISTLINE
U. S. District Court Judge

*Unite Here National Retirement Fund, et al v. Browne, et al*     Case No.3:06-cv-00239 RRB
[Proposed] Order Granting Extension of Time to File Answer or Responsive Pleading     Page 2 of 2

Case 3:06-cv-00239-RRB   Document 11   Filed 10/31/06   Page 2 of 2