Jeffrey M. Feldman (Alaska Bar No. 7605029)
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone: (907) 272-3538
Facsimile: (907) 274-0819
feldman@frozenlaw.com

John L. Warden (New York Bar No. 6918)
Richard C. Pepperman, II (New York Bar No. 0957)
Steven J. Purcell (New York Bar No. 1661)
(*Pro Hac Vice* pending)
SULLIVAN & CROMWELL, LLC
125 Broad Street, Suite 3200
New York, NY 10004
Telephone: (212) 558-3611
wardenj@sullcrom.com
peppermanr@sullcrom.com
purcells@sullcrom.com

Attorneys for Defendants David C. Allen; Lord John Browne; John H. Bryan; John G.S. Buchanan; Antony Burgmans; William M. Castell; Rodney F. Chase; Paula J. Clayton; Iain C. Conn; Erroll B. Davis, Jr.; Debra A. Dowling; Douglas J. Flint; William Douglas Ford; Alastair M. Graham; Byron E. Grote; Anthony B. Hayward; Deanne S. Julius; Charles F. Knight; Floris A. Maljers; Robert A. Malone; Neil R. McCleary; Thomas F.W. McKillop; John A. Manzoni; Stephen Marshall; Walter E. Massey; H. Michael P. Miles; Robin B. Nicholson; Richard L. Olver; Chris J. Phillips; Ross J. Pillari; Daniel B. Pinkert; Debra A. Plumb; Stanley P. Presley; Ian M.G. Prosser; Ian Springett; Peter D. Sutherland; and Michael H. Wilson; and Nominal Defendants BP p.l.c.; BP America Inc.; BP Oil Co. Inc.; and BP Exploration (Alaska) Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| UNITE HERE NATIONAL RETIREMENT FUND, LONDON PENSIONS FUND AUTHORITY, and JEFFREY PICKETT, Derivatively On Behalf of BP p.l.c., BP AMERICA INC., BP OIL CO. INC. and BP EXPLORATION (ALASKA) INC.,<br><br>               Plaintiffs,<br><br>vs. | Case No. 3:06-cv-00239 RRB<br><br><br><br><br><br><br><br><br>**SUPPLEMENTAL ENTRY OF APPEARANCE** |

[Caption continued on following page.]

*Unite Here National Retirement Fund, et al v. Browne, et al*      Case No. 3:06-cv-00239 RRB
Supplemental Entry of Appearance     Page 1 of 4
Case 3:06-cv-00239-RRB    Document 32    Filed 11/06/06    Page 1 of 4

| | |
|---|---|
| THE LORD JOHN BROWNE OF MADINGLEY, IAN M.G. PROSSER, PETER D. SUTHERLAND, BYRON E. GROTE, ANTHONY B. HAYWARD, JOHN A. MANZONI, DAVID C. ALLEN, IAIN C. CONN, JOHN H. BRYAN, ERROLL B. DAVIS, JR., WALTER E. MASSEY, H. MICHAEL P. MILES, MICHAEL H. WILSON, DEANNE S. JULIUS, THOMAS F.W. McKILLOP, ANTONY BURGMANS, DOUGLAS J. FLINT, WILLIAM M. CASTELL, ROBERT A. MALONE, ROSS J. PILLARI, STEPHEN MARSHALL, DEBRA A. PLUMB, DEBRA A. DOWLING, IAN SPRINGETT, DANIEL B. PINKERT, NEIL R. McCLEARY, PAULA J. CLAYTON, ALASTAIR M. GRAHAM, CHRIS J. PHILLIPS, STANLEY P. PRESLEY, ROBIN B. NICHOLSON, CHARLES F. KNIGHT, FLORIS A. MALJERS, RICHARD L. OLVER, RODNEY F. CHASE, JOHN G.S. BUCHANAN, RICHARD C. WOOLLAM and WILLIAM DOUGLAS FORD, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |
| -and- | ) |
| BP p.l.c., BP AMERICA INC., BP OIL CO. INC. and BP EXPLORATION (ALASKA) INC., | ) ) ) |
| Nominal Defendants. | ) ) |

## SUPPLEMENTAL ENTRY OF APPEARANCE

Jeffrey M. Feldman of FELDMAN, ORLANSKY & SANDERS, having previously entered an appearance on behalf of BP America Inc., enters its appearance on behalf of:

*Unite Here National Retirement Fund, et al v. Browne, et al*     Case No. 3:06-cv-00239 RRB
Supplemental Entry of Appearance     Page 2 of 4
Case 3:06-cv-00239-RRB   Document 32   Filed 11/06/06   Page 2 of 4

David C. Allen; Lord John Browne; John H. Bryan; John G.S. Buchanan; Antony Burgmans; William M. Castell; Rodney F. Chase; Paula J. Clayton; Iain C. Conn; Erroll B. Davis, Jr.; Debra A. Dowling; Douglas J. Flint; William Douglas Ford; Alastair M. Graham; Byron E. Grote; Anthony B. Hayward; Deanne S. Julius; Charles F. Knight; Floris A. Maljers; Robert A. Malone; Neil R. McCleary; Thomas F.W. McKillop; John A. Manzoni; Stephen Marshall; Walter E. Massey; H. Michael P. Miles; Robin B. Nicholson; Richard L. Olver; Chris J. Phillips; Ross J. Pillari; Daniel B. Pinkert; Debra A. Plumb; Stanley P. Presley; Ian M.G. Prosser; Ian Springett; Peter D. Sutherland; and Michael H. Wilson; and Nominal Defendants BP p.l.c.; and BP Exploration (Alaska) Inc.

John L. Warden, Richard C. Pepperman, II, and Steven J. Purcell of Sullivan & Cromwell, enter their appearances as co-counsel on behalf of BP America Inc. and all other defendants and nominal defendants listed above.

All counsel should be served with pleadings in this matter at the addresses indicated below.

Dated this 6th day of November, 2006.

> FELDMAN ORLANSKY & SANDERS
> Attorneys for Defendants David C. Allen; Lord John Browne; John H. Bryan; John G.S. Buchanan; Antony Burgmans; William M. Castell; Rodney F. Chase; Paula J. Clayton; Iain C. Conn; Erroll B. Davis, Jr.; Debra A. Dowling; Douglas J. Flint; William Douglas Ford; Alastair M. Graham; Byron E. Grote; Anthony B. Hayward; Deanne S. Julius; Charles F. Knight; Floris A. Maljers; Robert A. Malone; Neil R. McCleary; Thomas F.W. McKillop; John A. Manzoni; Stephen Marshall; Walter E. Massey; H. Michael P. Miles; Robin B. Nicholson; Richard L. Olver; Chris J. Phillips; Ross J. Pillari; Daniel B. Pinkert; Debra A. Plumb; Stanley P. Presley; Ian M.G. Prosser; Ian Springett; Peter D. Sutherland; and Michael H. Wilson; Nominal Defendants BP p.l.c.; BP America Inc.; BP Oil Co. Inc.; and BP Exploration (Alaska) Inc.

*Unite Here National Retirement Fund, et al v. Browne, et al*  Case No. 3:06-cv-00239 RRB
Supplemental Entry of Appearance  Page 3 of 4
Case 3:06-cv-00239-RRB   Document 32   Filed 11/06/06   Page 3 of 4

By: s/ Jeffrey M. Feldman
Jeffrey M. Feldman
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone: (907) 272-3538
Facsimile: (907) 274-0819
(ABA No. 7605029)

John L. Warden
(N.Y. Bar No. 6918)
Richard C. Pepperman, II
(N.Y. Bar No. 0957)
Steven J. Purcell
(N.Y. Bar No. 1661)
(*Pro Hac Vice* pending)
SULLIVAN & CROMWELL, LLC

CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of November, 2006, a copy of the Supplemental Entry of Appearance was served electronically on: James E. Fosler and James E. Torgerson.

s/ Jeffrey M. Feldman

*Unite Here National Retirement Fund, et al v. Browne, et al*  Case No. 3:06-cv-00239 RRB
Supplemental Entry of Appearance  Page 4 of 4
Case 3:06-cv-00239-RRB   Document 32   Filed 11/06/06   Page 4 of 4