FOSLER LAW GROUP, INC.
JAMES E. FOSLER
737 West 5th Avenue, Suite 205
Anchorage, AK 99501
Telephone: 907/277-1557
907/277-1657 (fax)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITE HERE NATIONAL RETIREMENT FUND, LONDON PENSIONS FUND AUTHORITY and JEFFREY PICKETT, Derivatively on Behalf of BP P.L.C., BP AMERICA, INC., BP OIL CO. INC. and BP EXPLORATION (ALASKA) INC., <br><br> Plaintiffs, <br><br> vs. <br><br> THE LORD JOHN BROWNE OF MADINGLEY, et al., <br><br> Defendants, <br><br> – and – <br><br> BP P.L.C., et al., <br><br> Nominal Defendants. | No. 3:06-cv-00239-RRB <br><br> AFFIDAVIT OF MARK SCHWARTZ IN SUPPORT OF PLAINTIFFS' MOTION TO REMAND |

# AFFIDAVIT

THE STATE OF NEW YORK §
§
§
COUNTY OF NEW YORK §

Mark Schwartz, being duly sworn, deposes and says:

1. I am over the age of eighteen and understand the obligations of an oath.

2. I make this Affidavit in support of Plaintiffs' Motion to Remand *UNITE HERE National Retirement Fund, et al. v. The Lord John Browne Of Madingley, et al.,* Dist. AK No. 3:06-cv-00239-RRB, back to the Superior Court of the State of Alaska, Third Judicial District at Anchorage.

3. I am the Secretary of UNITE HERE Fund Administrators, Inc., the Administrator of the UNITE HERE National Retirement Fund ("UNITE HERE").

4. UNITE HERE is a Taft-Hartley pension fund with a Board of Trustees that is comprised of one-half labor representatives and one-half management business representatives. UNITE HERE administers assets of approximately $1.6 billion for over 290,000 participants, primarily in the textile and hotel industries.

5. UNITE HERE has 22 trustees. Based on UNITE HERE's records, the following trustees reside in and, upon information and belief, are domiciled for purposes of diversity jurisdiction in the states of Illinois, Georgia, and Florida: (i) trustees Noel Beasley, Homi Patel, and Lynn Talbott reside in the State of Illinois; (ii)

trustee Harris Raynor resides in the State of Georgia; and (iii) trustee James Haneschlager resides in the State of Florida.

Further affiant sayeth not.

                              *Mark Schwartz* (signature)
                              Mark Schwartz, Esq., as Secretary,
                              UNITE HERE Fund Administrators, Inc.,
                              Administrator of the UNITE HERE National Retirement Fund

Subscribed and Sworn to before me, the undersigned authority, this 15th day of November 2006, to certify which witness my hand and seal of office.

                              *Judith Greenspan* (signature)
                              Notary Public - State of New York

JUDITH GREENSPAN
NOTARY PUBLIC, State of New York
No. 41-4814751
Qualified in Queens County
Commission Expires May 31, 20 10

CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ MARY K. BLASY
MARY K. BLASY

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
E-mail:  MaryB@lerachlaw.com

# Mailing Information for a Case 3:06-cv-00239-RRB

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Mary K. Blasy**
  maryb@lerachlaw.com e_file_sd@lerachlaw.com;jillk@lerachlaw.com
- **Jeffrey M. Feldman**
  feldman@frozenlaw.com
  carper@frozenlaw.com;crowe@frozenlaw.com;summers@frozenlaw.com
- **James Edward Fosler**
  jfosler@foslerlawgroup.com
- **Richard C. Pepperman, II**
  peppermanr@sullcrom.com
- **Steven J. Purcell**
  purcells@sullcrom.com
- **James E. Torgerson**
  jim.torgerson@hellerehrman.com
  sonja.amundsen@hellerehrman.com;karen.ponsness@hellerehrman.com
- **John L. Warden**
  wardenj@sullcrom.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
William S. Lerach
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301

Darren J. Robbins
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
```