FOSLER LAW GROUP, INC.
JAMES E. FOSLER
737 West 5th Avenue, Suite 205
Anchorage, AK 99501
Telephone: (907) 277-1557
Fax: (907) 277-1657

Attorneys for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITE HERE NATIONAL RETIREMENT FUND, LONDON PENSIONS FUND AUTHORITY and JEFFREY PICKETT, Derivatively on Behalf of BP P.L.C., BP AMERICA, INC., BP OIL CO. INC. and BP EXPLORATION (ALASKA) INC., | ) No. 3:06-cv-00239-RRB )<br>)<br>) STIPULATION FOR EXTENSION OF TIME<br>) TO RESPOND TO DEFENDANTS' MOTION<br>) TO DISQUALIFY COUNSEL AND<br>) [PROPOSED] ORDER THEREON<br>) |
| Plaintiffs, | )<br>) |
| vs. | )<br>) |
| THE LORD JOHN BROWNE OF MADINGLEY, et al., | )<br>)<br>) |
| Defendants, | )<br>) |
| – and – | )<br>) |
| BP P.L.C., et al., | )<br>) |
| Nominal Defendants. | )<br>) |
| | ) |

WHEREAS this shareholder derivative action was commenced on October 2, 2006, in the Superior Court for the State of Alaska, Third Judicial District at Anchorage ("Alaska State Court");

WHEREAS nominal party BP America Inc. (later joined by all defendants and all other nominal parties) removed this action to this Court on October 24, 2006;

WHEREAS the Court entered a stipulated order on October 31, 2006, deferring the filing of defendants' responses to the action and anticipated motions to dismiss, stay and/or to transfer until plaintiffs' anticipated remand motion is decided;

WHEREAS on November 17, 2006, defendants filed a motion to disqualify James E. Fosler as counsel for plaintiffs (the "Disqualification Motion");

WHEREAS on November 22, 2006, plaintiffs moved to remand this action back to Alaska State Court (the "Remand Motion"); and

WHEREAS the briefing on the Remand Motion is not complete but the parties agree the Disqualification Motion should be decided by the court which ultimately assumes jurisdiction over the action;

THE PARTIES, through their respective counsel, hereby stipulate as follows and seek the Court's approval that:

1.      Defendants' Disqualification Motion (Docket No. 33) be held in abeyance until after the Court decides plaintiffs' Remand Motion (Docket No. 36).

2.      If the Court denies plaintiffs' Remand Motion and retains jurisdiction, plaintiffs shall have 10 days from the date of the Court's order to respond to the Disqualification Motion.

3.     If the Court grants the Remand Motion and the case is transferred back to the Alaska State Court, defendants may re-file their Disqualification Motion in the Alaska State Court.

IT IS SO STIPULATED.

DATED:  December 4, 2006                    FELDMAN ORLANSKY & SANDERS
                                            JEFFREY M. FELDMAN
                                            Alaska Bar No. 7605029


                                            _____/s/ Jeffrey M. Feldman_____
                                            JEFFREY M. FELDMAN

                                            500 L Street, Suite 400
                                            Anchorage, Alaska 99501
                                            Telephone: (907) 272-3538
                                            Facsimile:  (907) 274-0819

                                            John L. Warden (N.Y. Bar No. 6918)
                                            Richard C. Pepperman, II (N.Y. Bar No. 0957)
                                            Steven J. Purcell (N.Y. Bar No. 1661)
                                            SULLIVAN & CROMWELL, LLC
                                            125 Broad Street, Suite 3200
                                            New York, NY 10004
                                            Telephone: 212/558-3611

                                            Attorneys for defendants David C. Allen; Lord
                                            John Browne; John H. Bryan; John G.S.
                                            Buchanan; Antony Burgmans; William M.
                                            Castell; Rodney F. Chase; Paula J. Clayton; Iain
                                            C. Conn; Erroll B. Davis, Jr.; Debra A. Dowling;
                                            Douglas J. Flint; William Douglas Ford; Alastair
                                            M. Graham; Byron E. Grote; Anthony B.
                                            Hayward; Deanne S. Julius; Charles F. Knight;
                                            Floris A. Maljers; Robert A. Malone; Neil R.
                                            McCleary; Thomas F.W. McKillop; John A.
                                            Manzoni; Stephen Marshall; Walter E. Massey;
                                            H. Michael P. Miles; Robin B. Nicholson;
                                            Richard L. Olver; Chris J. Phillips; Ross J.
                                            Pillari; Daniel B. Pinkert; Debra A. Plumb;
                                            Stanley P. Presley; Ian M.G. Prosser; Ian
                                            Springett; Peter D. Sutherland; and Michael H.
                                            Wilson; and nominal defendants BP p.l.c.; BP
                                            America Inc.;  and BP Exploration (Alaska) Inc.

STIPULATION RE DISQUALIFICATION MOTION          *UNITE HERE, et al v. THE LORD JUHN BROWN, et al.*
Page 2 of 5                                                     Case No. 3:06-CV-00239 (RRB)
Case 3:06-cv-00239-RRB   Document 45   Filed 12/04/06   Page 3 of 5

DATED:  December 4, 2006                    FOSLER LAW GROUP, INC.
                                            JAMES E. FOSLER
                                            Alaska Bar No. 9711055


                                            _____/s/ James E. Fosler_____
                                                  JAMES E. FOSLER

                                            737 West 5th Avenue, Suite 205
                                            Anchorage, AK  99501
                                            Telephone:  907/277-1557
                                            Fax: 907/277-1657

                                            LERACH COUGHLIN STOIA GELLER
                                              RUDMAN & ROBBINS LLP
                                            WILLIAM S. LERACH
                                            DARREN J. ROBBINS
                                            MARY K. BLASY
                                            655 West Broadway, Suite 1900
                                            San Diego, CA  92101
                                            Telephone:  619/231-1058
                                            619/231-7423 (fax)

                                            CUNEO GILBERT & LaDUCA
                                            JONATHAN W. CUNEO
                                            PAMELA GILBERT
                                            507 C Street, NE
                                            Washington, DC  20002
                                            Telephone:  202/789-3960
                                            202/789-1813 (fax)

                                            Attorneys for Plaintiffs

                            *       *       *

                              **O R D E R**

       IT IS SO ORDERED.


DATED:  _____        _____
                                    THE HONORABLE RALPH R. BEISTLINE
                                    UNITED STATES DISTRICT JUDGE


STIPULATION RE DISQUALIFICATION MOTION     *UNITE HERE, et al v. THE LORD JUHN BROWN, et al.*
Page 3 of 5                                                Case No. 3:06-CV-00239 (RRB)
Case 3:06-cv-00239-RRB   Document 45   Filed 12/04/06   Page 4 of 5

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on
the 4th day of December 2006 a true and correct
copy of this document was served by electronic
means through the ECF system on all counsel
who have entered an appearance in this case.

By: ___/s/ James E. Fosler_____
James E. Fosler, ABA #9711055
Fosler Law Group, Inc.