FOSLER LAW GROUP, INC.
JAMES E. FOSLER
737 West 5th Avenue, Suite 205
Anchorage, AK 99501
Telephone: 907/277-1557
907/277-1657 (fax)

Attorneys for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITE HERE NATIONAL RETIREMENT FUND, LONDON PENSIONS FUND AUTHORITY and JEFFREY PICKETT, Derivatively on Behalf of BP P.L.C., BP AMERICA, INC., BP OIL CO. INC. and BP EXPLORATION (ALASKA) INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>THE LORD JOHN BROWNE OF MADINGLEY, et al.,<br><br>Defendants,<br><br>– and –<br><br>BP P.L.C., et al.,<br><br>Nominal Defendants. | No. 3:06-cv-00239-RRB<br><br>STIPULATION OF REMAND AND [PROPOSED] ORDER THEREON |

WHEREAS this shareholder derivative action was commenced on October 2, 2006, in the Superior Court for the State of Alaska, Third Judicial District at Anchorage ("Alaska State Court");

WHEREAS on October 24, 2006, nominal party BP America Inc. (later joined by all defendants and all other nominal parties) removed this action to federal court pursuant to 28 U.S.C. §§1332 and 1441(b) based on diversity of citizenship between the plaintiffs and defendants;

WHEREAS on November 22, 2006, plaintiffs moved to remand this action to the Alaska State Court; and

WHEREAS the parties agree that there is no diversity of citizenship and that the Court therefore lacks subject matter jurisdiction over this matter;

THE PARTIES, through their respective counsel, hereby stipulate as follows and seek the Court's approval that:

1. This action be remanded forthwith from the United States District Court of Alaska to the Alaska State Court;

2. That plaintiffs take nothing on their request for costs and expenses pursuant to 28 U.S.C. §1447(c); and

3. That a copy of this Stipulation of Remand and [Proposed] Order Thereon be filed in the Office of the Clerk of the Alaska State Court.

IT IS SO STIPULATED.

DATED: December 11, 2006          FELDMAN ORLANSKY & SANDERS
JEFFREY M. FELDMAN
Alaska Bar No. 7605029

//S//
JEFFREY M. FELDMAN

500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone: 907/272-3538
907/274-0819 (fax)

John L. Warden
Richard C. Pepperman
Steven J. Purcell
SULLIVAN & CROMWELL, LLC
125 Broad Street, Suite 3200
New York, NY 10004
Telephone: 212/558-3611

Attorneys for defendants David C. Allen; Lord John Browne; John H. Bryan; John G.S. Buchanan; Antony Burgmans; William M. Castell; Rodney F. Chase; Paula J. Clayton; Iain C. Conn; Erroll B. Davis, Jr.; Debra A. Dowling; Douglas J. Flint; William Douglas Ford; Alastair M. Graham; Byron E. Grote; Anthony B. Hayward; Deanne S. Julius; Charles F. Knight; Floris A. Maljers; Robert A. Malone; Neil R. McCleary; Thomas F.W. McKillop; John A. Manzoni; Stephen Marshall; Walter E. Massey; H. Michael P. Miles; Robin B. Nicholson; Richard L. Olver; Chris J. Phillips; Ross J. Pillari; Daniel B. Pinkert; Debra A. Plumb; Stanley P. Presley; Ian M.G. Prosser; Ian Springett; Peter D. Sutherland; and Michael H. Wilson; and nominal defendants BP p.l.c.; BP America Inc.;  and BP Exploration (Alaska) Inc.

DATED:  December 11, 2006

HELLER EHRMAN LLP
JAMES E. TORGERSON
Alaska Bar No. 85090120


//S//
JAMES E. TORGERSON

510 L Street, Suite 500
Anchorage, AK  99501
Telephone: 907/277-1900
907/277-1920 (fax)

Attorneys for defendant Richard C. Woollam

| DATED: December 11, 2006 | FOSLER LAW GROUP, INC.<br>JAMES E. FOSLER<br>Alaska Bar No. 9711055 |
|---|---|

                                                    //S//
                                        JAMES E. FOSLER

737 West 5th Avenue, Suite 205
Anchorage, AK 99501
Telephone: 907/277-1557
907/277-1657 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
WILLIAM S. LERACH
DARREN J. ROBBINS
MARY K. BLASY
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

CUNEO GILBERT & LaDUCA
JONATHAN W. CUNEO
PAMELA GILBERT
507 C Street, NE
Washington, DC 20002
Telephone: 202/789-3960
202/789-1813 (fax)

Attorneys for Plaintiffs

               *      *      *

## **O R D E R**

IT IS SO ORDERED.

DATED: _____

                                        THE HONORABLE RALPH R. BEISTLINE
                                        UNITED STATES DISTRICT JUDGE

S:\UsersSD\MaryB\BP\remand stip.doc