FOSLER LAW GROUP, INC.
JAMES E. FOSLER
737 West 5th Avenue, Suite 205
Anchorage, AK 99501
Telephone: 907/277-1557
907/277-1657 (fax)

Attorneys for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITE HERE NATIONAL RETIREMENT FUND, LONDON PENSIONS FUND AUTHORITY and JEFFREY PICKETT, Derivatively on Behalf of BP P.L.C., BP AMERICA, INC., BP OIL CO. INC. and BP EXPLORATION (ALASKA) INC.,<br><br>                      Plaintiffs,<br><br>vs.<br><br>THE LORD JOHN BROWNE OF MADINGLEY, et al.,<br><br>                      Defendants,<br><br>– and –<br><br>BP P.L.C., et al.,<br><br>                  Nominal Defendants. | No. 3:06-cv-00239-RRB<br><br>STIPULATION OF REMAND AND [~~PROPOSED~~] ORDER THEREON |

WHEREAS this shareholder derivative action was commenced on October 2, 2006, in the Superior Court for the State of Alaska, Third Judicial District at Anchorage ("Alaska State Court");

WHEREAS on October 24, 2006, nominal party BP America Inc. (later joined by all defendants and all other nominal parties) removed this action to federal court pursuant to 28 U.S.C. §§1332 and 1441(b) based on diversity of citizenship between the plaintiffs and defendants;

WHEREAS on November 22, 2006, plaintiffs moved to remand this action to the Alaska State Court; and

WHEREAS the parties agree that there is no diversity of citizenship and that the Court therefore lacks subject matter jurisdiction over this matter;

THE PARTIES, through their respective counsel, hereby stipulate as follows and seek the Court's approval that:

1. This action be remanded forthwith from the United States District Court of Alaska to the Alaska State Court;

2. That plaintiffs take nothing on their request for costs and expenses pursuant to 28 U.S.C. §1447(c); and

3. That a copy of this Stipulation of Remand and [Proposed] Order Thereon be filed in the Office of the Clerk of the Alaska State Court.

IT IS SO STIPULATED.

DATED: December 11, 2006          FELDMAN ORLANSKY & SANDERS
                                  JEFFREY M. FELDMAN
                                  Alaska Bar No. 7605029


                                              //S//
                                  _____
                                  JEFFREY M. FELDMAN

                                  500 L Street, Suite 400
                                  Anchorage, Alaska 99501
                                  Telephone: 907/272-3538
                                  907/274-0819 (fax)

- 1 -

John L. Warden
Richard C. Pepperman
Steven J. Purcell
SULLIVAN & CROMWELL, LLC
125 Broad Street, Suite 3200
New York, NY 10004
Telephone: 212/558-3611

Attorneys for defendants David C. Allen; Lord John Browne; John H. Bryan; John G.S. Buchanan; Antony Burgmans; William M. Castell; Rodney F. Chase; Paula J. Clayton; Iain C. Conn; Erroll B. Davis, Jr.; Debra A. Dowling; Douglas J. Flint; William Douglas Ford; Alastair M. Graham; Byron E. Grote; Anthony B. Hayward; Deanne S. Julius; Charles F. Knight; Floris A. Maljers; Robert A. Malone; Neil R. McCleary; Thomas F.W. McKillop; John A. Manzoni; Stephen Marshall; Walter E. Massey; H. Michael P. Miles; Robin B. Nicholson; Richard L. Olver; Chris J. Phillips; Ross J. Pillari; Daniel B. Pinkert; Debra A. Plumb; Stanley P. Presley; Ian M.G. Prosser; Ian Springett; Peter D. Sutherland; and Michael H. Wilson; and nominal defendants BP p.l.c.; BP America Inc.; and BP Exploration (Alaska) Inc.

DATED: December 11, 2006

HELLER EHRMAN LLP
JAMES E. TORGERSON
Alaska Bar No. 85090120

//S//
_____
JAMES E. TORGERSON

510 L Street, Suite 500
Anchorage, AK 99501
Telephone: 907/277-1900
907/277-1920 (fax)

Attorneys for defendant Richard C. Woollam

- 2 -

DATED: December 11, 2006         FOSLER LAW GROUP, INC.
                                 JAMES E. FOSLER
                                 Alaska Bar No. 9711055

                                           //S//
                                 ---------------------------------
                                 JAMES E. FOSLER

                                 737 West 5th Avenue, Suite 205
                                 Anchorage, AK 99501
                                 Telephone: 907/277-1557
                                 907/277-1657 (fax)

                                 LERACH COUGHLIN STOIA GELLER
                                   RUDMAN & ROBBINS LLP
                                 WILLIAM S. LERACH
                                 DARREN J. ROBBINS
                                 MARY K. BLASY
                                 655 West Broadway, Suite 1900
                                 San Diego, CA 92101
                                 Telephone: 619/231-1058
                                 619/231-7423 (fax)

                                 CUNEO GILBERT & LaDUCA
                                 JONATHAN W. CUNEO
                                 PAMELA GILBERT
                                 507 C Street, NE
                                 Washington, DC 20002
                                 Telephone: 202/789-3960
                                 202/789-1813 (fax)

                                 Attorneys for Plaintiffs

                            *    *    *

**ORDER**

IT IS SO ORDERED.

DATED: 12/11/06                  /s/ RRB
                                 ---------------------------------
                                 THE HONORABLE RALPH R. BEISTLINE
                                 UNITED STATES DISTRICT JUDGE

S:\UsersSD\MaryB\BP\remand stip.doc

- 3 -